**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**FLORALIA NICOLAS CORTES,**

**Petitioner,**

**v.** **Case No. 5:26-cv-813-WFJ-PRL**

**TODD BLANCHE, et al.,**

**Respondents.**
___________________________________/

# ORDER

Petitioner Floralia Nicolas Cortes, an immigration detainee, initiated this action by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 on October 31, 2026. (Doc. 1). Ms. Nicolas Cortes, a national of Mexico, entered the United States as a child, traveling with her parents and sister, and has lived openly in the United States for more than two decades. *See* Doc. 1 at 2; Doc. 4 at 2. Ms. Nicolas Cortes is the primary caregiver for her three U.S. citizen children. (Doc. 1 at 2).

On October 2, 2026, Ms. Nicolas Cortes was driving to her daughter's school when she was stopped by a sheriff's deputy for changing lanes before the road markings permitted and was told she would be issued a citation for driving without a license. (Doc. 1 at 16). A second deputy arrived, asked whether she was undocumented, and handed her a phone which was connected to U.S. Immigration and Customs Enforcement ("ICE"). *Id.* Ms. Nicolas Cortes was taken to the Pinellas County Jail, then after about two days was moved to an immigration facility in Tampa, and later

that day, transferred to the Lake County Detention Center, where she has been held since October 4, 2026. *Id*. ICE records show that ICE assumed custody on October 4, 2026, pursuant to an administrative warrant issued that same day. *See* Doc. 4 at 2; Doc. 4-1 at 1–4. Also on October 4, 2026, Ms. Nicolas Cortes was served a Notice to Appear in front of an immigration judge on October 21, 2026, at 8:30 am. (Doc. 4-1 at 5–7). On November 4, 2026, a Notice of Hearing in Removal Proceedings was issued with a hearing being scheduled for November 13, 2026, at 2:30 pm. (Doc. 4-1 at 9).

For relief, Ms. Nicolas Cortes seeks, *inter alia*, an individualized bond hearing under 8 U.S.C. § 1226(a) or, alternatively, immediate release. *See* Doc. 1 at 22–23; Doc. 5 at 6. Here, the Government agrees that Ms. Nicolas Cortes's detention is governed by 8 U.S.C. § 1226. *See* Doc. 4 at 4; Doc. 4-1 at 5.

Accordingly, it is **ORDERED**:

1. Ms. Nicolas Cortes's Petition (Doc. 1) is **GRANTED**. Within **SEVEN DAYS** of this Order, Respondents shall either afford Ms. Nicolas Cortes an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release her.[1] If Respondents release Ms. Nicolas Cortes, they shall provide her with access to a telephone to arrange transportation from the detention facility.

---

[1] Ms. Nicolas Cortes is not entitled to immediate release. *See Portillo v. Gualtieri*, No. 8:26-CV-1718-KKM-LSG, 2026 WL 2069943, at *2 (M.D. Fla. July 17, 2026) ("Because a bond hearing provides adequate procedure, the 'comfortable majority position' remains that a habeas petitioner is entitled only to a bond hearing, not immediate release." (quoting *Molina v. Warden, Glades Cnty. Det. Ctr.*, No. 2:26 CV-2009-KCD-KRH, 2026 WL 1965132, at *1 (M.D. Fla. July 8, 2026))).

2. The **Clerk** is directed to terminate any pending motions, enter judgment granting the Petition, and close this case.

**DONE and ORDERED** in Tampa, Florida on November 23, 2026.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record